UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BUSH, on behalf of
himself and those similarly situated,

    Plaintiff,                                          Case No. 3:14-cv-1321-J-20MCR

v.

DERBY ON PARK, INC., a Florida Profit Corporation,
MICHAEL A. WILLIAMS, individually, and
JEFFREY S. NETTLES, individually,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, MICHAEL BUSH, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the Parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

DATED this 10th day of November, 2016.

                                                  **/s/ ANDREW FRISCH**
                                                  Andrew R. Frisch, Esquire
                                                  FL Bar No.: 27777
                                                  MORGAN & MORGAN, P.A.
                                                  600 N. Pine Island Road, Ste. 400
                                                  Plantation, FL 33324
                                                  Tel: 954-318-0268
                                                  Fax: 954-327-3017
                                                  E-mail: afrisch@forthepeople.com

                                                  *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10th 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ ANDREW FRISCH**
Andrew Frisch, Esquire